UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Elizabeth Salazar et al., individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>- against -<br><br>The Procter & Gamble Company,<br><br>       Defendant | Case No. 1:22-cv-05036<br><br>Judge Alonso |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(A)(ii), the parties hereby stipulate to dismissal of this action without prejudice and with each side to bear its own fees and costs.

Dated: May 29, 2024             Respectfully submitted,

/s/Scott A. Kane                /s/ Sue J. Nam
Scott A. Kane                  Sue J. Nam
**Squire Patton Boggs (US) LLP**        Kate J. Stoia
201 E 4th St Ste 1900             Michael R. Reese
Cincinnati OH 45202             **Reese LLP**
Tel: (513) 361-1200              100 W 93rd St Fl 16
scott.kane@squirepb.com           New York New York 10025
                           Tel: (212) 643-0500
                           snam@reesellp.com
                           kstoia@reesellp.com
                           mreese@reesellp.com

Adam R. Fox                  Spencer Sheehan
**Squire Patton Boggs (US) LLP**        **Sheehan & Associates, P.C**
555 S Flower St 31st Fl             60 Cuttermill Rd Ste 412
Los Angeles CA 90071            Great Neck NY 11021
Tel: (213) 624-2500              Tel: (516) 268-7080
adam.fox@squirepb.com           spencer@spencersheehan.com

| | |
|---|---|
| Adam R. Fox<br>**Squire Patton Boggs (US) LLP**<br>555 S Flower St 31st Fl<br>Los Angeles CA  90071<br>Tel: (213) 624-2500<br>adam.fox@squirepb.com | Spencer Sheehan<br>**Sheehan & Associates, P.C**<br>60 Cuttermill Rd Ste 412<br>Great Neck NY 11021<br>Tel: (516) 268-7080<br>spencer@spencersheehan.com |
| P. Russell Perdew<br>**Locke Lord LLP**<br>111 S Wacker Dr<br>Chicago IL 60606<br>Tel: (312) 443-1712<br>rperdew@lockelord.com | James Chung<br>**Chung Law Firm P.C.**<br>43-22 216th St<br>Bayside NY 11361<br>Tel: (718) 461-8808<br>jchungz77@msn.com |
| *Attorneys for Defendant*<br>*The Procter & Gamble Company* | *Attorneys for Plaintiff* |